# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

Andrea E. Celli, Esq.  
Trustee  
Bonnie Baker, Esq.  
Assoc. Attorney

Telephone: (518) 449-2043  
Facsimile: (518) 449-2473

For payments Only:  
P.O Box 1918  
Memphis, TN 38101-1918

May 18, 2011

Bankruptcy Court  
Alexander Pirnie Federal Building  
10 Broad Street. Room 230  
Utica, New York 13501

Re:    07-60532            Lawrence A. Demaria

To Whom It May Concern:

Enclosed please find check #816004 in the amount of $420.60. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.        3

Account#        38502514/15928581

Creditor        Mtglq Investors, LP  
                c/o Ocwen Loan Servicing, LLC  
                12650 Ingenuity Drive  
                Orlando, FL 32826

**FILED**  
MAY 19 2011  
OFFICE OF THE BANKRUPTCY CLERK  
UTICA, NY

Very truly yours,

*Cheryl Corning*

Cheryl Corning  
Office of Andrea Celli

Recept # 61100264